## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Jackson, Lisa | Case Number: 07 B 07495 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/17/09 | Filed: 4/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 6, 2009
Confirmed: September 11, 2007

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,092.00 | |
| Secured: | | 2,915.90 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 176.10 |
| Other Funds: | | 0.00 |
| Totals: | 3,092.00 | 3,092.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 0.00 |
| 2. | Marquette Consumer Finance | Secured | 15,517.41 | 2,915.90 |
| 3. | Capital One | Unsecured | 4,646.53 | 0.00 |
| 4. | Sprint Nextel | Unsecured | 835.30 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 111.74 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 302.15 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 349.93 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 674.32 | 0.00 |
| 9. | City of Evanston | Unsecured | 545.00 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 12,992.51 | 0.00 |
| 11. | AT&T | Unsecured | | No Claim Filed |
| 12. | Check N Go | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 15. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 16. | Evanston Fire Department | Unsecured | | No Claim Filed |
| 17. | Pinnacle Mangement Services Inc | Unsecured | | No Claim Filed |
| 18. | Village of Oak Lawn | Unsecured | | No Claim Filed |
| 19. | Tribute | Unsecured | | No Claim Filed |
| | | | $ 38,974.89 | $ 2,915.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson, Lisa | Case Number: 07 B 07495 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/17/09 | Filed: 4/25/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 124.41 |
| 6.5% | 20.67 |
| 6.6% | 31.02 |
| | $ 176.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*